UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SARAH MCPHERSON and ROBERT MCPHERSON,

    Plaintiffs,

v.      Case No: 6:19-cv-188-Orl-40LRH

B. BRAUN INTERVENATIONAL SYSTEMS INC and B. BRAUN MEDICAL INC,

    Defendants.
_____/

**ORDER**

This case is before the Court upon review of the file. The Court entered an Order (Doc. 35) directing Plaintiffs to file an amended complaint on or before July 12, 2019. The Court cautioned Plaintiffs that failure to file an amended complaint on or before this date will result in dismissal of the case without further warning. Plaintiffs have failed to comply with the Court's Order and file an amended complaint.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 13, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties